# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

RICHARD SEARS, :
    Plaintiff :
       : No. 1:17-cv-00050
v. :
       : (Judge Kane)
VINCENT MOONEY, et al., :
    Defendants :

# ORDER

**AND NOW**, on this 12th day of April 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff's motion to compel discovery (Doc. No. 37), is **DENIED as moot**;

2. Plaintiff's motion for leave to amend his motion to compel discovery (Doc. No. 42), is **DENIED as moot**;

3. Plaintiff's amended motion for leave to amend his motion to compel discovery (Doc. No. 44), is **GRANTED**;

4. Plaintiff's amended motion to compel discovery (Doc. No. 46), is **DENIED as moot**;

5. Plaintiff's motion to compel discovery to Plaintiff's amended second set of interrogatories and production of documents (Doc. No. 50), is **DENIED as moot**; and

**IT IS FURTHER ORDERED THAT** to the extent a discovery dispute remains, the Parties shall attempt to facilitate a resolution of the same prior to filing additional motions to compel.

                                             s/ Yvette Kane_____
                                             Yvette Kane, District Judge
                                             United States District Court
                                             Middle District of Pennsylvania