IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICHARD SEARS,<br>　　　Plaintiff<br><br>　　v.<br><br>VINCENT MOONEY, et al.,<br>　　　Defendants | No. 1:17-cv-00050<br><br>(Judge Kane) |

## ORDER

**AND NOW**, on this 8th day of November 2018, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Plaintiff's motions to exclude alleged evidence of cell history (Doc. No. 56), motion for leave to supplement motion to exclude alleged evidence of cell history (Doc. No. 58), and supplemental motion to exclude alleged evidence of cell history (Doc. No. 60), are **DENIED** as improvidently filed and premature;

2. Defendants' motion for an extension of the dispositive motion deadline (Doc. No. 63), and Plaintiff's motion for an extension of the discovery deadline (Doc. No. 71), are **GRANTED**. The discovery deadline is extended to November 30, 2018 and the dispositive motion deadline is extended to December 31, 2018;

3. Plaintiff's motion for Rule 11 sanctions (Doc. No. 64), is **DENIED**;

4. Plaintiff's motion to compel discovery (Doc. No. 69), is **DENIED without prejudice** to the refiling should the parties be unable to facilitate any unresolved discovery dispute;

5. The Clerk of Court is directed to **STRIKE** Document Number 75 from the record and to file and docket the same in Civil Action No. 1:17-cv-0869; and

6. Plaintiff's motion to appoint counsel (Doc. No. 73), is **DENIED without prejudice**.

　　　　　　　　　　　　　　　　　　　　s/ Yvette Kane
　　　　　　　　　　　　　　　　　　　　Yvette Kane, District Judge
　　　　　　　　　　　　　　　　　　　　United States District Court
　　　　　　　　　　　　　　　　　　　　Middle District of Pennsylvania